PEOPLE *v.* GARDNER

Appeal from Recorder's Court of Detroit, Joseph A. Gillis, J. Submitted Division 1 April 6, 1971, at Detroit. (Docket No. 9379.) Decided April 28, 1971. Leave to appeal denied July 14, 1971. 385 Mich 765.

Amil Billy Gardner was convicted of armed robbery. Defendant's petition for writ of *habeas corpus* denied. Defendant appeals. Affirmed.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William L. Cahalan,* Prosecuting Attorney, *Dominick R. Carnovale,* Chief, Appellate Department, and *Robert A. Reuther,* Assistant Prosecuting Attorney, for the people.

*Richard M. Lustig,* for defendant on appeal.

BEFORE: LESINSKI, C. J., and DANHOF and O'HARA,* JJ.

PER CURIAM. Defendant was found guilty of the crime of robbery armed;[1] he petitioned for a writ of habeas corpus alleging he was deprived of his right to speedy trial. He is appealing the denial

---

* Former Supreme Court Justice, sitting on the Court of Appeals by assignment pursuant to Const 1963, art 6, § 23 as amended in 1968.

[1] MCLA § 750.529 (Stat Ann 1954 Rev § 28.797).

thereof. The people have filed a motion to affirm pursuant to GCR 1963, 817.5(3).

A review of the briefs and records in this cause makes it manifest that the questions sought to be reviewed are so insubstantial as to need no argument or formal submission.

Accordingly, the motion to affirm is granted.